IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BETTY SPEAR,**

    **Plaintiff,**

**v.**                                                                  **No. 12-cv-0936 MV/SMV**

**RHODA COAKLEY, individually and in her official
capacity as the Chaves County Clerk,**

    **Defendant.**

### ORDER ADOPTING JOINT STATUS REPORT
### AND PROVISIONAL DISCOVERY PLAN

    THIS MATTER comes before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc.9], filed October 9, 2012, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 13], filed October 24, 2012.

                                                                           _____
                                                                       **STEPHAN M. VIDMAR**
                                                                       **United States Magistrate Judge**